IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:21-CV-00540-RJC-DSC

| | |
|---|---|
| JENNIFER L. PATRICK, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| USAA FEDERAL SAVINGS BANK, | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for David M. Krueger and Nora K. Cook]" (documents ##11 and 12) filed December 9, 2021. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Robert J. Conrad, Jr.

**SO ORDERED**.

Signed: December 9, 2021

David S. Cayer
United States Magistrate Judge