UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-cv-00540-RJC-DSC

| | |
|---|---|
| JENNIFER L. PATRICK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **Consent Order** |
| EQUIFAX INC., and ) | |
| USAA FEDERAL SAVINGS BANK, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** comes before the Court upon Defendant USAA Federal Savings Bank's Partial Motion to Dismiss the Complaint (the "Partial Motion to Dismiss") filed on December 9, 2021. The Plaintiff is not opposing the Partial Motion to Dismiss.

By consent of Plaintiff and USAA Federal Savings Bank, the parties consent to an Order granting the Partial Motion to Dismiss.

**NOW THEREFORE, UPON CONSENT OF PLAINTIFF AND USAA SAVINGS BANK**, **IT IS ADJUDGED**, **ORDERED** and **DECREED** by the Court that the Partial Motion to Dismiss (DE 9) is hereby Granted.

**SO ORDERED**.

Signed: December 30, 2021

Robert J. Conrad, Jr.
United States District Judge